IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA MARTIN,

      Plaintiff,

      v.

NATIONAL RAILROAD PASSENGER CORPORATION,

      Defendant.
_____/

No. 2:12-cv-01979 KJN

ORDER

      Counsel for both parties have filed Requests for Telephonic Appearances regarding the upcoming Status (Pretrial Scheduling) Conference on December 6, 2012, at 10 a.m.[1]  (Dkt. Nos. 15-16.)  Good cause appearing, both requests are hereby GRANTED.

DATED: December 4, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This matter proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of the undersigned for all proceedings in this case (Dkt. Nos. 7, 11), including trial and entry of final judgment, and an order issued October 23, 2012 (Dkt. No. 12). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rules 301, 305.

1