B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
KARA ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA MARTIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 TO 10,<br><br>　　　　Defendants. | Case No.  2:12-cv-01979 KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

The parties to this action, by and through their respective counsel, hereby stipulate to the following amended discovery dates.  This stipulation shall not affect the pre-trial conference and trial dates.

　　　　1)　　　The deadline for expert disclosures shall be extended from February 18, 2013 to April 18, 2013.

　　　　2)　　　The deadline for rebuttal expert disclosures shall be extended from March 18, 2013 to May 17, 2013.

　　　　3)　　　The date for completion of non-expert discovery shall be extended from April 30, 2013 to June 28, 2013.

　　　　4)　　　The date for completion of expert discovery shall be extended from June 14, 2013 to July 1, 2013.

- 1 -

13249-42027 KAA 620033.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.  2:12-cv-01979 KJN

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

Good cause exists for the requested extended discovery dates because the parties require additional time to subpoena medical records and engage in discovery in order to engage in meaningful settlement negotiations and mediation.  This stipulation will not affect the pre-trial conference date of October 3, 2013 or the trial date of October 21, 2013.

Dated: February 15, 2013           CURTIS LEGAL GROUP

By:    /s/ *Paul R. Scheele*
    PAUL R. SCHEELE
    Attorney for Plaintiff,
    BARBARA MARTIN

Dated: February 15, 2013           LOMBARDI, LOPER & CONANT, LLP

By:    /s/ *Kara Abelson*
    KARA ABELSON
    Attorney for Defendant,
    NATIONAL RAILROAD PASSENGER CORPORATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

# **ORDER**

The Stipulation to Extend Discovery Deadlines having been presented to the Court, and good cause appearing therefore, it is hereby ordered as follows:

1. The deadline for expert disclosures shall be extended from February 18, 2013, to April 18, 2013.

2) The deadline for rebuttal expert disclosures shall be extended from March 18, 2013, to May 17, 2013.

3) The date for completion of non-expert discovery shall be extended from April 30, 2013, to June 28, 2013.

4) The date for completion of expert discovery shall be extended from June 14, 2013, to July 1, 2013.

IT IS SO ORDERED.

**Date: 2/19/2013**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN/mso

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541