1   B. CLYDE HUTCHINSON, State Bar No. 037526
    bch@llcllp.com
2   KARA ABELSON, State Bar No. 279320
    kabelson@llcllp.com
3   LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
4   1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
5   Telephone:     (510) 433-2600
    Facsimile:     (510) 433-2699
6
    Attorneys for Defendant
7   NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK
8

9                  UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

12  BARBARA MARTIN,                      Case No.  2:12-cv-01979 KJN

13              Plaintiff,               **STIPULATION AND [PROPOSED]**
                                         **ORDER TO EXTEND DISCOVERY**
14       v.                              **DEADLINES**

15  NATIONAL RAILROAD PASSENGER
    CORPORATION, and DOES 1 TO 10,
16
              Defendants.
17

18          The parties to this action, by and through their respective counsel, hereby stipulate to the

19  following amended discovery dates.  This stipulation shall not affect the pre-trial conference and

20  trial dates.

21          1)      The deadline for expert disclosures shall be extended from February 18, 2013 to

22  April 18, 2013.

23          2)      The deadline for rebuttal expert disclosures shall be extended from March 18,

24  2013 to May 17, 2013.

25          3)      The date for completion of non-expert discovery shall be extended from April 30,

26  2013 to June 28, 2013.

27          4)      The date for completion of expert discovery shall be extended from June 14, 2013

28  to July 1, 2013.

13249-42027 KAA 620033.1                                    Case No.  2:12-cv-01979 KJN

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1

      Good cause exists for the requested extended discovery dates because the parties require

2

additional time to subpoena medical records and engage in discovery in order to engage in

3

meaningful settlement negotiations and mediation.  This stipulation will not affect the pre-trial

4

conference date of October 3, 2013 or the trial date of October 21, 2013.

5

6

Dated: February 15, 2013                     CURTIS LEGAL GROUP

7

By:____/s/ *Paul R. Scheele*_____

8

       PAUL R. SCHEELE
Attorney for Plaintiff,
BARBARA MARTIN

9

10

Dated: February 15, 2013                     LOMBARDI, LOPER & CONANT, LLP

11

12

By:____/s/ *Kara Abelson*_____
       KARA ABELSON

13

Attorney for Defendant,
NATIONAL RAILROAD PASSENGER

14

CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42027 KAA 620033.1

Case No.  2:12-cv-01979 KJN

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

   The Stipulation to Extend Discovery Deadlines having been presented to the Court, and good cause appearing therefore, it is hereby ordered as follows:

   1.  The deadline for expert disclosures shall be extended from February 18, 2013, to April 18, 2013.

   2)  The deadline for rebuttal expert disclosures shall be extended from March 18, 2013, to May 17, 2013.

   3)  The date for completion of non-expert discovery shall be extended from April 30, 2013, to June 28, 2013.

   4)  The date for completion of expert discovery shall be extended from June 14, 2013, to July 1, 2013.

   IT IS SO ORDERED.

**Date:  <u>2/19/2013</u>**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

  KJN/mso

13249-42027 KAA 620033.1

- 3 -

Case No.  2:12-cv-01979 KJN

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DISCOVERY DEADLINES**