B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:       (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA MARTIN,<br><br>             Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 to 10,<br><br>             Defendants. | Case No.  2:12-cv-1979 KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR INITIAL EXPERT DISCLOSURES** |

The parties to this action, by and through their respective counsel, hereby stipulate to extend the deadline for initial expert disclosures from April 18, 2013 to June 1, 2013.  This stipulation shall not affect the pre-trial conference and trial dates.

Good cause exists for the requested extension to the deadline for initial expert disclosures because the parties require additional time to subpoena medical records and engage in written discovery before retaining experts.

///

///

///

- 1 -

13249-42027 KAA 622175.1                                                                                              Case No.  2:12-cv-01979 KJN

**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

| | | |
|---|---|---|
| 1 | Dated: April 17, 2013 | CURTIS LEGAL GROUP |
| 2 | | By: ___/s/ *Paul R. Scheele*_____ |
| 3 | | PAUL R. SCHEELE<br>Attorney for Plaintiff, |
| 4 | | BARBARA MARTIN |
| 5 | Dated: April 17, 2013 | LOMBARDI, LOPER & CONANT, LLP |
| 7 | | By: ___/s/ *Kara Abelson*_____ |
| 8 | | KARA ABELSON<br>Attorney for Defendant, |
| 9 | | NATIONAL RAILROAD PASSENGER<br>CORPORATION |

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

- 2 -

13249-42027 KAA 622175.1                                     Case No.  2:12-cv-01979 KJN

**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**

# ORDER

The Stipulation to Extend the Deadline for Initial Expert Disclosures having been presented to the Court, and good cause appearing therefore, it is hereby ordered as follows:

1. The deadline for initial expert disclosures is extended from April 18, 2013, to **June 1, 2013**. All other dates remain unchanged.

2. Extending the deadline for initial expert disclosures directly impacts the deadline for rebuttal expert disclosures, which is currently May 17, 2013. However, the parties did not seek a corresponding extension of their deadline for rebuttal expert disclosures, which now paradoxically predates the extended deadline for initial expert disclosures. Other deadlines are also seemingly impacted when expert-related deadlines are extended, such as the deadline for completion of expert discovery and the deadline for filing non-discovery motions. The parties did not request an extension of any of these deadlines. The undersigned informs the parties that he will be disinclined to extend each deadline in this case in a piecemeal fashion. Should the parties presently anticipate the need to extend other deadlines in this case, the parties shall file one joint stipulation setting out *all* of their new proposed deadlines within a single proposal.

IT IS SO ORDERED.

DATED: April 18, 2013

_/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE