B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 to 10,<br><br>    Defendants. | Case No.  2:12-cv-1979 KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

The parties to this action, by and through their respective counsel, hereby stipulate to extend deadlines set by the Court in the Status (Pretrial Scheduling) Order dated December 12, 2012.  This stipulation shall not affect the pre-trial conference and trial dates.  Neither party contemplates filing a motion for summary judgment.

Good cause exists for the requested extensions because of delay in Plaintiff's responses to Defendant's written discovery.  Accordingly, Defendant has not been able to subpoena Plaintiff's medical records and the parties have been unable to proceed with retaining experts.  The parties require additional time to engage in both expert and non-expert discovery so that meaningful settlement discussions may occur and the parties may adequately prepare their case for trial, if

necessary. However, the parties are hopeful that with additional time to obtain medical records and engage in expert discovery, the parties can resolve this matter prior to trial.

The parties stipulate to the following continuances:

1. The deadline to complete all non-expert discovery shall be extended from April 30, 2013 to **July 1, 2013.** The deadline to complete all expert discovery shall be extended from June 14, 2013 to **August 30, 2013.**

2. The deadline to hear all motions to compel non-expert discovery shall be extended from April 9, 2013 to **August 1, 2013.** The deadline to hear all motions to compel expert discovery shall be extended from May 30, 2013 to **September 30, 2013.**

3. The deadline to serve initial expert disclosures shall be extended from June 1, 2013 (the date provided in the Court's April 19, 2013 Order) to **July 1, 2013**. The deadline to serve rebuttal expert disclosures shall be extended from March 18, 2013 to **July 15, 2013**.

Dated: May 17, 2013     CURTIS LEGAL GROUP

By:   /s/ *Paul R. Scheele*
    PAUL R. SCHEELE
    Attorney for Plaintiff,
    BARBARA MARTIN

Dated: May 17, 2013     LOMBARDI, LOPER & CONANT, LLP

By:   /s/ *Kara Abelson*
    KARA ABELSON
    Attorney for Defendant,
    NATIONAL RAILROAD PASSENGER CORPORATION

# ORDER

The parties previously requested an extension of their initial expert disclosure deadline and failed to request a corresponding extension for rebuttal expert disclosures, paradoxically causing the "rebuttal" deadline to occur first. (ECF No. 22.) Accordingly, on April 19, 2013, the undersigned issued an order stating that: "The undersigned informs the parties that he will be disinclined to extend each deadline in this case in a piecemeal fashion. Should the parties presently anticipate the need to extend other deadlines in this case, the parties shall file one joint stipulation setting out all of their new proposed deadlines within a single proposal." (ECF No. 23 at 3.) The Stipulation to Extend Discovery Deadlines is in compliance with that order. While the undersigned approves the Stipulation based on plaintiff's "delay" in responding to written discovery and the parties' shared belief that extended deadlines will aid in settling this case, the undersigned cautions the parties that these reasons may not rise to the level of "good cause" should they seek further extensions in the future.

The Stipulation to Extend Discovery Deadlines having been presented to the Court, and good cause appearing therefore, it is hereby ordered as follows:

1. The deadline to complete all non-expert discovery shall be extended from April 30, 2013 to **July 1, 2013.** The deadline to complete all expert discovery shall be extended from June 14, 2013 to **August 30, 2013.** *The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.*

2. The deadline to hear all motions to compel non-expert discovery shall be extended from April 9, 2013 to **August 1, 2013.** The deadline to hear all motions to compel expert discovery shall be extended from May 30, 2013 to **September 30, 2013.**

3. The deadline to serve initial expert disclosures shall be extended from June 1, 2013 to **July 1, 2013**. The deadline to serve rebuttal expert disclosures shall be extended from March 18, 2013 to **July 15, 2013**.

13249-42027 KAA 623445.1                                        Case No. 2:12-cv-01979 KJN

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1   IT IS SO ORDERED.

2   **Date: 5/22/2013**

3

4   _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE