UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MARTIN, | No. 2:12-cv-01979 KJN |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

On August 22, 2013, the parties filed a Notice of Settlement.[1] (ECF No. 26.) The parties indicated that a "Stipulation of Dismissal With Prejudice will be submitted to the court promptly upon execution of closing documents and payment of the settlement consideration." (Id.)

Accordingly, IT IS HEREBY ORDERED THAT the parties shall file their dispositional documents within 30 days of issuance of this order. E.D. Cal. L.R. 160(b).

IT IS SO ORDERED.

Dated: August 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This case was removed from state court on July 20, 2012. (ECF No. 1.) This matter proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of the undersigned for all proceedings in this case (ECF Nos. 7, 11), including trial and entry of final judgment, and an order issued October 23, 2012 (ECF No. 12). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E.D. Cal. L.R. 301, 305.

1