B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

BARBARA MARTIN,

        Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 TO 10,

        Defendants.

Case No.  2:12-cv-01979 KJN

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between plaintiff BARBARA MARTIN and defendant NATIONAL RAILROAD PASSENGER COMPANY dba AMTRAK, through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party agrees to bear their own costs.

/ / /

/ / /

/ / /

/ / /

Case No. 2:12-CV-01979 KJN

STIPULATION AND ORDER OF DISMISSAL

13249-42027 KAA 647934.1

| | | |
|---|---|---|
| 1 | Dated: September 16, 2013 | LOMBARDI, LOPER & CONANT, LLP |

By:      /s/ Kara A. Abelson
     KARA A. ABELSON
     Attorneys for Defendant
     NATIONAL RAILROAD PASSENGER
     CORPORATION dba AMTRAK

Dated: September 16, 2013      CURTIS LEGAL GROUP

BY:   /s/ Paul Scheele
     PAUL SCHEELE
     Attorneys For Plaintiff
     BARBARA MARTIN

IT IS SO ORDERED.

Dated:  September 19, 2013

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541