B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA MARTIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 TO 10,<br><br>　　　　　Defendants. | Case No.  2:12-cv-01979 KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　　　IT IS HEREBY STIPULATED by and between plaintiff BARBARA MARTIN and defendant NATIONAL RAILROAD PASSENGER COMPANY dba AMTRAK, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party agrees to bear their own costs.

/ / /

/ / /

/ / /

/ / /

1  Dated: September 16, 2013                LOMBARDI, LOPER & CONANT, LLP

3                                           By: _____/s/ Kara A. Abelson_____
                                                KARA A. ABELSON
4                                               Attorneys for Defendant
                                                NATIONAL RAILROAD PASSENGER
5                                               CORPORATION dba AMTRAK

7  Dated: September 16, 2013                CURTIS LEGAL GROUP

9                                           BY: ____/s/ Paul Scheele_____
                                                PAUL SCHEELE
10                                              Attorneys For Plaintiff
                                                BARBARA MARTIN

13  IT IS SO ORDERED.

14  Dated: September 19, 2013

                                            _____
16                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

*Left margin:* LOMBARDI, LOPER & CONANT, LLP / Lake Merritt Plaza / 1999 Harrison Street, Suite 2600 / Oakland, CA 94612-3541

                                                            - 2 -                    Case No. 2:12-CV-01979 KJN
                                        STIPULATION AND ORDER OF DISMISSAL

13249-42027 KAA 647934.1